IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:12cv1094-MHT |
| | ) | (WO) |
| CITY OF GOODWATER, ALABAMA; | ) | |
| JONATHAN PITTS; GERALD | ) | |
| WHETSTONE, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

By agreement of the parties made at the pretrial on December 19, 2013, it is ORDERED that defendant Gerald Whetstone and the claims against him are dismissed, with the parties to bear their own costs.  Defendant Whetstone is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of December, 2013.

                           /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE