IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRIAN KEITH FORD,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 2:12cv1094-MHT |
| ) | (WO) |
| CITY OF GOODWATER,    ) | |
| ) | |
|    Defendant.    ) | |

## ORDER

In light of the dismissal of defendant Jonathan Pitts, it is ORDERED as follows:

(1) These objections, because they were filed by defendant Pitts, are overruled as moot: Doc. Nos. 59, 65, 72, 73, and 76.

(2) These motions, because they were filed by defendant Pitts, are denied as moot: Doc. Nos. 68, 69, 70, and 71.

DONE, this the 22nd day of January, 2014.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE